UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                          15 CR. 288 (RMB)
    -against-

                                         **ORDER**
ODAINE JOHNSON,
                Defendant.
------------------------------------------------------------X

The Court will hold a supervised release hearing on Wednesday, September 14, 2022 at 9:00 AM.

In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2816

Dated: August 16, 2022
       New York, NY

                                                            RICHARD M. BERMAN
                                                                 U.S.D.J.