UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                        15 CR. 288 (RMB)

   -against-

**<u>ORDER</u>**

ODAINE JOHNSON,
                Defendant.
------------------------------------------------------------X

      Pursuant to 28 U.S.C. § 636(b)(3), this matter is referred to Magistrate Judge Sarah L. Cave to monitor the status of defendant's supervised release, and to conduct status hearings with the parties.

Dated: August 18, 2022
       New York, NY

                                                     _____
                                                        RICHARD M. BERMAN
                                                            U.S.D.J.