UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ODAINE JOHNSON,

             Defendant.

CASE NO.: 15 Cr. 288 (RMB)(SLC) - 16

<u>SCHEDULING ORDER</u>

**SARAH L. CAVE,** United States Magistrate Judge.

The Court scheduled a supervised release hearing for today, September 26, 2022, but Mr. Johnson did not appear. Accordingly, the supervised release hearing is hereby **RESCHEDULED** to **Tuesday, October 4, 2022 at 5:00 pm** and will take place before Magistrate Judge Sarah L. Cave. The parties, including Mr. Johnson are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
            September 26, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**