UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

ODAINE JOHNSON,

           Defendant.

CASE NO.: 15 Cr. 288 (RMB)(SLC) - 16

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The supervised release hearing scheduled for today, Monday, March 20, 2023 is **RESCHEDULED** to **Monday, March 27, 2023 at 5:30 p.m.** and will take place before Magistrate Judge Sarah L. Cave. The parties, including Mr. Johnson are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
             March 20, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**