UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| -v- | CASE NO.: 15 Cr. 288 (RMB)(SLC) - 16 |
| ODAINE JOHNSON, | **ORDER** |
| Defendant. | |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the supervised release hearing held Monday, March 27, 2023, the supervised release condition relating to Mr. Johnson's attendance of mental health treatment/ counseling is hereby modified to biweekly sessions. All other terms and conditions remain in effect. <u>See</u> Transcript of proceedings held on March 27, 2023 for a complete record.

Dated:   New York, New York
         March 28, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**