**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,     :

                             Government,     :     15 CR. 288 (RMB)

                - against -     :     **ORDER**

ODAINE JOHNSON,     :

                           Defendant.     :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, July 19, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 288 869 748#

Dated: June 20, 2023
        New York, NY

                                               _____
                                                    **RICHARD M. BERMAN**
                                                          **U.S.D.J.**