UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                              Government,   :     15 CR. 288 (RMB)
                                           :
            - against -               :     **ORDER**
                                           :
ODAINE JOHNSON,                            :
                                           :
                               Defendant.    :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, October 19, 2023 at 10:30 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 130 226 142#

Dated: October 11, 2023
       New York, NY

                                                          **RICHARD M. BERMAN**
                                                               U.S.D.J.