UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,           :     15 CR. 288 (RMB)
                                           :
      - against -                         :     **ORDER**
                                           :
ODAINE JOHNSON,                            :
                Defendant.            :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, November 27, 2023 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 244 737 394#

Dated: November 22, 2023
       New York, NY

                                            **RICHARD M. BERMAN**
                                                **U.S.D.J.**