UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,     :     15 CR. 288 (RMB)
                                         :
      - against -                       :     **ORDER**
                                         :
ODAINE JOHNSON,                          :
                Defendant.      :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, January 11, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 599 808 649#

Dated: January 3, 2024
       New York, NY

                                                  */s/ Richard M. Berman*
                                         **RICHARD M. BERMAN**
                                              **U.S.D.J.**