UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 15 CR. 288 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| ODAINE JOHNSON, | : | |
| Defendant. | : | |

-----------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, March 25, 2024 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 833 857 323#

Dated: March 18, 2024
       New York, NY

                                                    *Richard M. Berman*
                                          **RICHARD M. BERMAN**
                                                **U.S.D.J.**