UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,

                    Government,          15 CR. 288 (RMB)

      - against -                  **ORDER**

ODAINE JOHNSON,

                    Defendant.
---------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, April 10, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 833 857 323#

Dated: April 3, 2024
       New York, NY

                                              *Richard M. Berman*
                                        **RICHARD M. BERMAN**
                                               **U.S.D.J.**