UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA,             :

                         Government,    :    15 CR. 288 (RMB)

      - against -                :    **ORDER**

ODAINE JOHNSON,                     :

                         Defendant.    :
------------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, June 27, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 749 171 118#

Dated: June 18, 2024
       New York, NY

                                                       *Richard M. Berman*
                                            **RICHARD M. BERMAN**
                                                 **U.S.D.J.**