UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                       :
                                                :
                            Government,         :     15 CR. 288 (RMB)
                                                :
            - against -                         :     **ORDER**
                                                :
ODAINE JOHNSON,                                 :
                                                :
                            Defendant.          :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, September 23, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 769 984 875#

Dated: September 18, 2024
       New York, NY

*Richard M. Berman*
_____
     **RICHARD M. BERMAN**
            **U.S.D.J.**