UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                            Government,    :    15 CR. 288 (RMB)
                                           :
         - against -              :    **ORDER**
                                           :
ODAINE JOHNSON,                            :
                                           :
                         Defendant.     :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, October 22, 2024 at 9:30 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 223 046 304#

Dated: October 16, 2024
      New York, NY

                                                    */s/ Richard M. Berman*
                                             **RICHARD M. BERMAN**
                                                      **U.S.D.J.**