**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                Government,   :   15 CR. 288 (RMB)
                                          :
    - against -                    :   **ORDER**
                                          :
                                          :
ODAINE JOHNSON,                          :
                                          :
                Defendant.    :
---------------------------------------------------------------x

The supervised release hearing scheduled for Wednesday, December 4, 2024 at 11:00 A.M. will take place in Courtroom 17B.

Dated: November 20, 2024
       New York, NY

                                                      _____
                                                          RICHARD M. BERMAN
                                                               U.S.D.J.