UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                      Government,    :     15 CR. 288 (RMB)
                                             :
         - against -                        :     **ORDER**
                                             :
ODAINE JOHNSON,                              :
                                             :
                      Defendant.     :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, January 16, 2025 at 9:45 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 210 185 867#

Dated: January 8, 2025
       New York, NY

                                                  _____
                                                      **RICHARD M. BERMAN**
                                                            **U.S.D.J.**