UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                        Government,                :        15 CR. 288 (RMB)
                                                   :
            - against -                            :        **ORDER**
                                                   :
ODAINE JOHNSON,                                    :
                                                   :
                        Defendant.                 :
---------------------------------------------------------------x

The supervised release hearing previously scheduled for Thursday, January 16, 2025 at 9:45 A.M. is hereby rescheduled to Thursday, February 6, 2025 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 210 185 867#

Dated: January 14, 2025
       New York, NY

                                                   _____
                                                   **RICHARD M. BERMAN**
                                                   **U.S.D.J.**