UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                Government,         :        15 CR. 288 (RMB)
                                          :
      - against -                       :        **ORDER**
                                          :
ODAINE JOHNSON,                          :
                                          :
                Defendant.          :
---------------------------------------------------------------x

      The supervised release hearing is scheduled for Monday, March 17, 2025 at 11:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 805 316 710#

Dated: March 12, 2025
      New York, NY

                                                    *Richard M. Berman*
                                               **RICHARD M. BERMAN**
                                                        **U.S.D.J.**