UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,            :
                                      :
                Government,   :   15 CR. 288 (RMB)
                                      :
    - against -                     :   **ORDER**
                                      :
ODAINE JOHNSON,                       :
                                      :
                Defendant.    :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, April 7, 2025 at 11:30 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 284 209 899#

Dated: April 2, 2025
      New York, NY

                                                */s/ Richard M. Berman*
                                                **RICHARD M. BERMAN**
                                                     **U.S.D.J.**