**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                              :
                    Government,     :     15 CR. 288 (RMB)
                                              :
      - against -                         :     **ORDER**
                                              :
ODAINE JOHNSON,                               :
                                              :
                    Defendant.        :
------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, May 12, 2025 at 9:00 A.M.

On all the parties' consent, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 341 356 247#

Dated: May 7, 2025
      New York, NY

                                                   */s/ Richard M. Berman*
                                          **RICHARD M. BERMAN**
                                                 **U.S.D.J.**