**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          Government,    :    15 CR. 288 (RMB)
            - against -                      :    **ORDER**
ODAINE JOHNSON,                          :
                                          Defendant.    :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, July 17, 2025 at 11:30 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 942 022 39#

Dated: July 1, 2025
       New York, NY

                                                **RICHARD M. BERMAN**
                                                    **U.S.D.J.**