**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                     :
                                              :
                      Government,      :   15 CR. 288 (RMB)
                                              :
      - against -                            :   **ORDER**
                                              :
ODAINE JOHNSON,                               :
                                              :
                      Defendant.       :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, September 2, 2025 at 10:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 696 908 938#

Dated: August 27, 2025
       New York, NY

                                                  **RICHARD M. BERMAN**
                                                         **U.S.D.J.**