UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                     Government,     :          15 CR. 288 (RMB)
                                           :
       - against -                       :          **ORDER**
                                           :
ODAINE JOHNSON,                            :
                                           :
                     Defendant.      :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, October 20, 2025 at 10:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
**Join the meeting now**

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 222 428 544#

Dated: October 15, 2025
       New York, NY

                                          *Richard M. Berman*
                                        **RICHARD M. BERMAN**
                                                  **U.S.D.J.**