**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x

UNITED STATES OF AMERICA,         :

                                              :

                  Government,      :        15 CR. 288 (RMB)

                                              :

        - against -             :        **ORDER**

                                              :

ODAINE JOHNSON,              :

                                            :

                Defendant.       :

--------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, December 16, 2025 at 10:30 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 354 541 321#

Dated: December 10, 2025
     New York, NY

                               *Richard M. Berman*
                               **RICHARD M. BERMAN**
                                  **U.S.D.J.**