**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                Government,          :        15 Cr. 288 (RMB)
                                                   :
      - against -                               :        **ORDER**
                                                   :
                                                   :
ODAINE JOHNSON,                                    :
                                                   :
                Defendant.          :
------------------------------------------------------------x

The supervised release hearing scheduled for February 3, 2026 at 9:00 A.M. will take place in Courtroom 17B.

Dated: January 29, 2026
      New York, NY

_____
**RICHARD M. BERMAN**
**U.S.D.J.**