**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------x
UNITED STATES OF AMERICA,                :

                          Government,           :           15 Cr. 288 (RMB)

         - against -                      :           **ORDER**

ODAINE JOHNSON,                           :

                        Defendant.           :
---------------------------------------------------------------------x

        The supervised release hearing scheduled for March 9, 2026 at 11:30 A.M. will take place in Courtroom 17B.

Dated: March 5, 2026
        New York, NY

                                       _____
                                         **RICHARD M. BERMAN**
                                               **U.S.D.J.**