**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

UNITED STATES OF AMERICA,         :

                                  :

               Government,     :          15 Cr. 288 (RMB)

                                  :

      - against -            :          **ORDER**

                                  :

ODAINE JOHNSON,            :

                                  :

             Defendant.      :

-------------------------------------------------------------x

       The supervised release hearing is scheduled for April 13, 2026 at 12:00 P.M. on Microsoft Teams. The Court will send the link by email.

Dated: April 9, 2026
     New York, NY

                                   **RICHARD M. BERMAN**
                                      **U.S.D.J.**