UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                         Government,              15 Cr. 288 (RMB)

        - against -                    **ORDER**

ODAINE JOHNSON,

                         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       The supervised release hearing is scheduled for May 13, 2026 at 11:00 A.M. on Microsoft Teams. The Court will send the link by email.

Dated: May 8, 2026
      New York, NY

                                              _RMB_

                                    **RICHARD M. BERMAN**
                                        **U.S.D.J.**