**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
UNITED STATES OF AMERICA,        :
        :
        Government,     :     15 CR. 288 (RMB)
        :
       - against -      :     **ORDER**
        :
ODAINE JOHNSON,        :
        :
       Defendant.     :
----------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, June 9, 2026 at

12:00 P.M.

The court will send the link via email.


Dated: June 3, 2026
     New York, NY

**RICHARD M. BERMAN**
**U.S.D.J.**