**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

UNITED STATES OF AMERICA, :

Government, : 15 CR. 288 (RMB)

- against - : **ORDER**

ODAINE JOHNSON, :

Defendant. :

---------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, December 2, 2026 at 2:00 P.M.

The court will send the link via email.

Dated: November 23, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**